JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CAROLYN JACKS, | ) Case No.: CV 11-04723 RGK (AGRx) |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER GRANTING |
| v. | ) DISMISSAL OF ACTION WITH |
| TRINITY HEALTH PLAN AND UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) PREJUDICE |
| Defendants. | ) |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice, each party to bear their own costs, expenses and attorneys' fees.

DATED: May 18, 2012

_____
Hon. R. Gary Klausner
United States District Court Judge